Judgment in a Civil Case

United States District Court
WESTERN DISTRICT OF NEW YORK

WILLIE ALBERT KYSE, JR

**JUDGMENT IN A CIVIL CASE**
CASE NUMBER: 22-cv-474

v.

COMMISSIONER OF SOCIAL SECURITY

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED; that the Plaintiff's Motion for Judgment on the Pleadings is Granted to the extent of remanding this claim to the Commissioner for further proceedings consistent with this Decision and Order, and is otherwise denied, and the Commissioner's motion for judgment on the pleadings is denied.

Date: February 7, 2025                                MARY C. LOEWENGUTH
                                                     CLERK OF COURT

                                                     By: s/Donna
                                                         Deputy Clerk